**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**
www.flmb.uscourts.gov

In re:

ANTHONY F. IACONELLI,   Chapter 13
                         Case No.: 2:22-bk-00039-FMD
　　　　Debtor.

_____/

**DEBTOR'S AMENDED MOTION TO COMPEL TURNOVER**
*(Injunctive Relief Requested)*

NOTICE OF OPPORTUNITY TO
OBJECT AND REQUEST FOR HEARING

If you object to the relief requested in this paper you must file a response with the Clerk of Court at United States Courthouse, 801 North Florida Avenue, Suite 555, Tampa, FL 33602 within 30 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail. If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing. You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

COMES NOW the Debtor, by and through undersigned counsel, and moves this Court to compel LAND HOME FINANCIAL SERVICES turnover (the **"Property"**).

1.　The Debtor filed bankruptcy on January 14, 2022.

2.　The Debtor received a check from Wright National Flood Insurance Company in the amount of $101,036.70 and a check from Citizens Property Insurance Company in the amount of $93,823.99. Both checks were sent to Land Home Financial Services to be endorsed.

3.     The Debtor is not able to start the repairs on his homestead until the funds are released from the mortgage company.

4.     Under information and belief, the mortgage company has failed and refused to turnover the proceeds of the insurance claim, due to the fact that the Debtor is delinquent in payments to the mortgage company.

5.     The turnover of the funds from the mortgage company is in best interest of all parties and will allow the Debtor to complete the necessary repairs to his home.

6.     The mortgage contains an attorneys' fees provision. Pursuant to Florida Statute 57.105, Debtor's counsel is entitled to attorneys' fees, for having to bring and prosecute the instant motion.

**WHEREFORE**, for all of the above reasons, Debtor prays this Honorable Court for an Order providing that Land Home Financial Services is directed to turnover insurance proceeds in the amount of $194,860.69 to the Debtor forthwith and within a date certain, the mortgage company is directed to pay the Debtor's attorneys' fees for having to bring and prosecute said motion, currently the amount is $1,500.00 and to order whatever else the Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 3, 2024, a true and correct copy of the foregoing was served upon **all persons receiving electronic notice via the Court's CM/ECF system in this case**; and by **U.S. first class mail** to Land Home Financial Services, 3611 South Harbor Blvd., Suite 100, Santa Ana, CA 92704; Land Home Financial Services, Inc. (Registered Agent)

Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301; and to Anthony F. Iaconelli, 248 Griffin Rd, Naples, FL 34113-8407.

THE DELLUTRI LAW GROUP, P.A.
1436 Royal Palm Square Blvd.
Fort Myers, FL 33919
239-939-0900
239-210-3680 – Dir.
239-939-0588 – Fax
www.DellutriLawGroup.com

**/s/ Carmen Dellutri**
Carmen Dellutri, Esq.
FBN: 0044385
CDellutri@DellutriLawGroup.com

17279.03