ORDERED.

**Dated: September 23, 2024**

_Caryl E. Delano_
Caryl E. Delano
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION**

IN RE:

Anthony Fredrick Iaconelli

Debtor(s)

CASE NO: 2:22-bk-00039-FMD
Chapter 13

**AGREED ORDER ON DEBTOR'S AMENDED MOTION TO
COMPEL TURNOVER [DOC. NO. 108]**

**THIS CASE** came on before this Honorable Court on August 22, 2024, for consideration on the Amended Motion to Compel Turnover (the "Motion") [Doc. No. 108] filed by the Debtor, Anthony Fredrick Iaconelli. This Court, having reviewed, (i) the papers filed on the record, (ii) any response filed thereto, (iii) and having noted the consent of all parties, hereby determines the Motion has been resolved amongst the parties. Accordingly, it is

**ORDERED:**

1. Debtor's Motion is **GRANTED IN PART AND DENIED IN PART.**

2. Secured Creditor shall disburse the insurance funds according to the agreed upon contractor's draw schedule and to said contractor directly upon inspection and completion of the contractor's work.

3. Secured Creditor, its representatives or agents, are hereby permitted to communicate directly with the contractor, Jeppesen Building Corp to start performing the necessary work within seven (7) days and to coordinate when the funds will be disbursed and to work out an agreed upon draw schedule.

###

**Attorney Damian G. Waldman, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.**